IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CATHERINE PICKLE                                                              PLAINTIFF

VS.                                                          CAUSE NO.: 1:08cv251-GHD-JAD

WAL-MART STORES, INC.                                                        DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Defendant's motion for summary judgment (docket entry 28) is GRANTED;

(2)     the Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(3)     this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the ___ day of December, 2009.

_____
Senior Judge